of May, 1915, as soon thereafter as the account may be prepared, to the end that the surrogate may at that time scrutinize the items of disbursements, and determine whether the allowance should be still further reduced, or whether the necessities of the children require an increase thereof, and the order, as so modified, is affirmed, without costs.

HENDERSON v. FREY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Agnes Henderson against John C. Frey and others, and Frank Thomas, appellant. No opinion. Judgment affirmed, with costs.

HERRESHOFF v. AMERICAN & BRITISH MFG. CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by William S. Herreshoff against the American & British Manufacturing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 164 App. Div. 238, 149 N. Y. Supp. 703.

HERSHEY, Appellant, v. STEINER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Simon B. Hershey against Edward A. Steiner. No opinion. Judgment affirmed, with costs.

HITCHINGS et al., Appellants, v. NEW YORK, B. & M. B. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Hector M. Hitchings and others against the New York, Brooklyn & Manhattan Beach Railway Company and the Long Island Railroad Company. No opinion. Judgment and order affirmed, with costs.

HOISTING MACHINERY CO., Appellant, v. FEDERAL TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Hoisting Machinery Company against the Federal Terra Cotta Company. T. E. McEntegart, of New York City, for appellant. F. C. Nickerson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOLBROOK v. FLUMERFELT et al. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Susan K. Holbrook against Edwin N. Flumerfelt and another. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1087.

In re HORTON'S WILL. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) In the matter of the application for ancillary letters testamentary on the last will and testament of George W. Horton, late of the state of Ohio, deceased. No opinion. Decree of the Surrogate's Court of Westchester County affirmed, with costs. See, also, 163 App. Div. 968, 970, 148 N. Y. Supp. 1121.

HOUSE et al. v. CLAYTON. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Everett W. House and others against Frederick D. Clayton. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1088.

HOWARD et al., Respondents, v. HOFFELD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by Clarence M. Howard and others against Henry R. Hoffeld. No opinion. Judgment affirmed, with costs.

In re HOWELL. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) In the matter of the petition of Lloyd M. Howell to enforce an attorney's lien. PER CURIAM. Order modified, by striking out the costs, as we cannot say that the administratrix has unreasonably resisted the claim. The terms of the order for payment should be in the form of a final order foreclosing a lien (Matter of King, 168 N. Y. 53, 60 N. E. 1054), without the present liability for contempt. As thus modified, order affirmed, without costs to either party.

H. P. NELSON CO., Respondent, v. POPPENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by the H. P. Nelson Company against Gustav H. Poppenberg. No opinion. Motion to dismiss appeal denied, without costs, with leave to the parties to add the case at the foot of the present calendar upon stipulation.

HULL, Appellant, v. FIFTY-SECOND ST. STORAGE HOUSE, Inc., Respondent, et al. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Lawrence Hull, as trustee in bankruptcy of Clarence E. Hopkins, against the Fifty-Second Street Storage House, Incorporated, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

HUNTER, Respondent, v. ABNER M. HARPER, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Henry Hunter against Abner M. Harper, Incorporated. No opinion. Judgment and order of the County Court of Orange County affirmed, with costs.

In re HUNT'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) In the matter of the estate of Charlotte L. Hunt, deceased. No opinion. Motion granted to amend order of affirmance entered October 21, 1914, so as to award a bill of costs to each of the successful parties appearing on this appeal by separate attorneys, and one bill of costs to C. Stuart Myers, an infant, all payable out of the estate. See, also, 82 Misc. Rep. 211, 143 N. Y. Supp. 997.